IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANK T. BAXTER )
)
v. ) NO. 3-15-0205
) JUDGE CAMPBELL
CORRECTIONS CORPORATION )
OF AMERICA, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 35), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this case is DISMISSED with prejudice under the doctrine of *res judicata*, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. Dismissal of this action counts as a strike against Plaintiff under 28 U.S.C. § 1915(g), and any appeal is not certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE